## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE CATHOLIC HEALTH PLAN INC., d/b/a FIDELIS CARE NEW YORK, *a New York not-for-profit corporation*,<br><br>                    Plaintiff,<br><br>          v.<br><br>CONSOLIDATED WORLD TRAVEL, INC., d/b/a HOLIDAY CRUISE LINE, *a Florida corporation*, INTERNATIONAL MARKETING ASSOCIATION, INC., *a Virginia corporation*, and LIFE PROTECT 24/7, INC., *a Virginia corporation*,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)    **1:15-cv-02664-FB-VMS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT CONSOLIDATED WORLD TRAVEL, INC. D/B/A HOLIDAY CRUISE LINE'S MOTION FOR TELEPHONIC APPEARANCE, OR ALTERNATIVELY, UNOPPOSED MOTION FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE

**PLEASE TAKE NOTICE** that Defendant Consolidated World Travel, Inc., d/b/a Holiday Cruise Line ("CWT"), moves for entry of an order allowing its lead counsel (Richard Epstein, Esq., whose *pro hac vice* application is pending or Jeffrey A. Backman, Esq., whose *pro hac vice* application will soon be filed) to appear by telephone for the initial case management conference in this matter scheduled for

{01055389}

August 12, 2015 at 11:00 a.m., or alternatively, moves unopposed for a continuance

of the initial case management conference to a later date suitable for the parties.[1]

Respectfully submitted,

**MORGAN MELHUISH & ABRUTYN**

*/s/Shaji M. Eapen*
SHAJI M. EAPEN
seapen@morganlawfirm.com
39 Broadway, Suite 1701
New York, NY 10006
(212) 809-1111
Attorney for Defendant Consolidated World
Travel, Inc. d/b/a Holiday Cruise Line
File No. GMF 35-161 UEA/SME

---

1.      By filing this Motion, the Defendant does not waive any defense under Rule 12 of the Federal Rules of Civil Procedure, including the defense of lack of personal jurisdiction.

{01055389}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification on July 24, 2015.

Peter S. Sloane
Sloane@leasonellis.com
Cameron S. Reuber
Reuber@leasonellis.com
Victoria T. Polidoro
Polidoro@leasonellis.com
LEASON ELLIS LLP
One Barker Avenue, 5th Floor
White Plains, New York 10601
Phone: (914) 288-0022
Fax:  (914) 228-0023

With a courtesy copy of the foregoing sent on July 24, 2015 to

Hon. Vera M. Scanlon, U.S. Magistrate Judge
U.S. District Court Eastern District of New York
U.S. Courthouse, Room N505
225 Cadman Plaza East
Brooklyn, NY 11201

*/s/Shaji M. Eapen*
SHAJI M. EAPEN
seapen@morganlawfirm.com
39 Broadway, Suite 1701
New York, NY 10006
(212) 809-1111
Attorney for Defendant Consolidated
World Travel, Inc. d/b/a Holiday Cruise
Line

{01055389}