## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK STATE CATHOLIC HEALTH PLAN INC., d/b/a FIDELIS CARE NEW YORK, *a New York not-for-profit corporation*,<br><br>       Plaintiff,<br><br>       v.<br><br>CONSOLIDATED WORLD TRAVEL, INC., d/b/a HOLIDAY CRUISE LINE, *a Florida corporation*, INTERNATIONAL MARKETING ASSOCIATION, INC., *a Virginia corporation*, and LIFE PROTECT 24/7, INC., *a Virginia corporation*,<br><br>       Defendants. | **1:15-cv-02664-FB-VMS**<br><br>**ORDER** |

Defendant Consolidated World Travel, Inc., d/b/a Holiday Cruise Line's ("CWT") Motion to allow its lead counsel, whose *pro hac vice application* has been filed or will be filed shortly, to appear via telephone for the initial case management conference in this matter scheduled for August 12, 2015 at 11:00 a.m., is granted.

**IT IS HEREBY ORDERED** that Richard Epstein, Esq. (whose *pro hac vice* application is pending) and/or Jeffrey A. Backman, Esq. (whose *pro hac vice* application will be filed shortly) are permitted to appear via telephone for the initial case management conference in this matter scheduled for August 12, 2015 at 11:00 a.m. without local counsel having to attend the conference.

{01055449}

Alternatively, the August 12, 2015 initial case management conference has been rescheduled to: _____, 2015 at _____ a.m./p.m.

Dated:_____   _____`
                                          Hon. Vera M. Scanlon
                                          Unites States Magistrate Court Judge

{01055449}